No. 721. HUERTAS ET AL. *v.* RIVERA ET AL.—Apelación procedente de la Corte de Distrito de Humacao. Moción para que se desestime la apelación. Resuelto en junio 20, 1911. Desestimada la apelación por haber sido interpuesta fuera de término. Abogado del promovente: *Sr. Henry F. Hord.* Abogados de la parte contraria: *Sres. Vías Ochoteco y Ferrer.*

---

No. 722. EX PARTE RAMÍREZ.—Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en junio 20, 1911. Desestimada la apelación interpuesta por Luis Ramírez Peña por no haber sido parte en este procedimiento. Abogado del promovente: *Sr. José G. Torres.*

---

No. 359. EL PUEBLO *v.* SOBEJANO.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en junio 23, 1911. Confirmada la sentencia apelada. La parte apelante no compareció. Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

---

EX PARTE QUINTERO.—Procedimiento sobre cancelación de fianza hipotecaria notarial. Resuelto en junio 24, 1911. Cancelada la fianza.

---

No. 723. ROSSY *v.* PARÍS ET AL.—Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en junio 24, 1911. Desestimada la moción. Abogado del promovente: *Sr. Manuel F. Rossy.* La parte contraria no compareció.

---

EX PARTE MARTÍNEZ ET AL.—Procedimiento sobre cancelación de fianzas notariales. Resuelto en agosto 2, 1911. Decretada la cancelación de las fianzas hipotecarias y notariales. Abogado de los peticionarios: *Sr. Víctor P. Martínez.*